TROUTMAN FIRM
Eric J. Troutman (State Bar # 229263)
Puja J. Amin (State Bar #299547)
530 Technology Drive, #200
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689
Troutman@troutmanfirm.com
Puja@troutmanfirm.com

Attorneys for Defendant
EHEALTH INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK SALAIZ, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EHEALTH INSURANCE SERVICES, INC., a Delaware corporation, JOHN DOE, an unknown business entity, <br><br> Defendant. | Case No. 5:22-cv-04835 <br><br> **NOTICE OF APPEARANCE OF PUJA J. AMIN FOR DEFENDANT EHEALTH INSURNACE SERVICES, INC.** |

**NOTICE OF APPEARANCE OF PUJA J. AMIN FOR DEFENDANT EHEALTH INSURNACE SERVICES, INC.**

Notice is hereby given that Puja J. Amin Esquire of Troutman Firm,

530 Technology Drive, Suite 200, Irvine, CA 92618, enters her appearance

1

as an attorney for Defendant EHealth Insurance Services, INC.

                                                  Respectfully submitted,

Dated: November 1, 2022        TROUTMAN FIRM

                                        By: */s/Puja J. Amin*_____
                                            Puja J. Amin
                                            Eric J. Troutman

                                            *Attorneys for Defendant EHealth Insurance Services, Inc.*

**TROUTMAN FIRM**
530 Technology Drive, Ste 200 Irvine, CA 92618
troutman@troutmanfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, a true and correct copy of the foregoing was served by ECF to counsel of record.

*/s/ Puja J. Amin*
Puja J. Amin