Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*

**APPROVED**
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SALAIZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EHEALTHINSURANCE SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No.: 22-cv-04835-BLF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Now come Plaintiff ERIK SALAIZ and Defendant EHEALTHINSURANCE SERVICES, INC., who, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of all claims with prejudice, with each side bearing its own costs and attorney's fees.

Dated: June 1, 2023　　　　　　By: /s/ Mark L. Javitch
　　　　　　　　　　　　　　　　　　Mark L. Javitch

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: June 1, 2023　　　　　　By: /s/ Brittany Andres

　　　　　　　　　　　　　　　　*Attorneys for EHealthInsurance Services, Inc.*

**Local Rule 5-1(i)(3) Attestation**

In accordance with LR 5-1(i)(3), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: June 1, 2023                    By:  /s/ Mark L. Javitch
                                            Mark L. Javitch